**Order issued September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-13-00912-CR
_____

**DARIN RAMONE THOMAS, Appellant**

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices O'Neill, Lang-Miers, and Brown

Based on the Court's opinion of this date, we **GRANT** the March 24, 2014 motion of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Darin Ramone Thomas, TDCJ No. 1868038, Clemens Unit, 11034 Hwy 36, Brazoria, Texas, 77422.

/Michael J. O'Neill/
_____
MICHAEL J. O'NEILL
JUSTICE